Case 2:19-cv-00326   Document 62   Filed on 02/11/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DENISE ECKERT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-326 |
| | § | |
| JACOB O'SULLIVAN, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Order on Motion for Judgment on the Pleadings or for Summary Judgment (D.E. 61), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 11th day of February, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE